**Order entered November 12, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00774-CV
### No. 05-21-00775-CV

## IN RE ROGER ALLEN FOX, Relator

**Original Proceedings from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-52968-IH & F21-52969-VH**

## ORDER

Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/　ERIN A. NOWELL
　　　JUSTICE